385 A.2d 974

**COMMONWEALTH of Pennsylvania**

v.

**Bruce ROZIER, Appellant.**

Supreme Court of Pennsylvania.

Argued April 12, 1978.

Decided May 15, 1978.

John Paul Curran, Philadelphia, for appellant.

Edward G. Rendell, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty. for Law, Robert B. Lawler, Chief, Appeals Div., A. Joseph Rieffel, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, POMEROY, NIX, and LARSEN, JJ.

## OPINION

PER CURIAM:

Judgment of Sentence affirmed.

ROBERTS and MANDERINO, JJ., did not participate in the consideration or decision of this case.